UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LYNN KINGDON, | ) |
|       Plaintiff, | ) |
| v. | ) CAUSE NO. 1:21-CV-383-DRL-SLC |
| DO IT BEST CORP., | ) |
|       Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, by counsel, and hereby stipulate and agree that the within action is dismissed with prejudice as to all claims of Plaintiff, the same having been fully compromised and settled, including costs.

| | |
|---|---|
| LAW OFFICE OF CLOSE HITCHCOCK LLP | BARRETT MCNAGNY LLP |
| By: /s/ Jennifer L. Hitchcock | By: /s/ Thomas M. Kimbrough |
| Jennifer L. Hitchcock, #34635-02 | Thomas M. Kimbrough, #5414-02 |
| 116 E. Berry Street, Suite 625 | 215 E. Berry Street |
| Fort Wayne, IN 46802 | Fort Wayne, IN 46802 |
| Attorney for Plaintiff | Attorney for Defendant |

3509398